UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES CHAVEZ, | ) | Case No. CV 12-393 SJO (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: 1/22/12

S. James Otero

S. JAMES OTERO
United States District Judge